IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BURTON J. WALTMAN<br>Commander, JAG Corps, U.S. Navy (Ret.)<br>19 Airy Hall<br>Kiawah Island, SC 29455<br><br>            Plaintiff,<br><br>   v.<br><br>DONALD C. WINTER<br>Secretary of the Navy<br>1200 Navy Pentagon<br>Washington, D.C. 20350-1200<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0844 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                            Respectfully submitted,

                                            _____/s/_____
                                            KEVIN K. ROBITAILLE
                                            Special Assistant U.S. Attorney
                                            Civil Division
                                            555 Fourth St., N.W.
                                            Washington, D.C.  20530
                                            202-353-9895  / FAX 202-514-8780