

**DEPARTMENT OF THE NAVY**
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
2000 NAVY PENTAGON
WASHINGTON. D.C. 20350-2000

**ACTION MEMO**

IN REPLY REFER TO

FOR: SECRETARY OF THE NAVY

FROM: VADM J. C. Harvey, Jr., Deputy Chief of Naval Operations (Manpower, Personnel, Training, and Education)

SUBJECT: FY-01 Active Duty Captain Judge Advocate General Corps Special Selection Board Request ICO CDR Burton J. Waltman, JAGC, USN

- Mr. Secretary, request you sign TAB A-1 through TAB A-10, releasing the board members, recorder, and assistant recorders assigned to the FY-01 Active Duty Captain Judge Advocate General Corps Promotion Selection Board from their oaths.

- Your action will enable the Bureau of Naval Personnel Inspector General to investigate CDR Waltman's allegations that one or more members provided information to the board in contravention of the precept, TAB B.

- CDR Waltman was not selected for promotion by the board. On 9 December 2002 he filed a Special Promotion Selection Board request with Commander, Naval Personnel Command, TAB C. Through administrative error it was never forwarded for Secretarial decision. The request does not contain sufficient facts upon which to make an informed decision whether to grant or deny it. The Inspector General's investigation will provide the necessary information.

- In May 2006 CDR Waltman sued in U.S. District Court, requesting an FY-01 Special Promotion Selection Board and other appropriate relief, TAB D.

- Upon review of the Inspector General's report I will forward a recommendation whether the Special Promotion Selection Board request should be approved or denied.

RECOMMENDATION: That SECNAV release the board members, recorder, and assistant recorders assigned to the FY-01 Active Duty Captain Judge Advocate General Corps Promotion Selection Board from their oaths by initialing as appropriate:

Approve: JUN 3 0 2006  Disapprove: _____

COORDINATION: TAB E

ATTACHMENTS:
As stated

Prepared by: CAPT Chris Morin, N1(00L), 703-693-0708



**DEPARTMENT OF THE NAVY**
OFFICE OF THE JUDGE ADVOCATE GENERAL
WASHINGTON NAVY YARD
1322 PATTERSON AVENUE SE SUITE 3000
WASHINGTON DC 20374-5066

IN REPLY REFER TO

1400
Ser 13/1PL11696.06

**JUN 2 9 2006**

MEMORANDUM FOR SECRETARY OF THE NAVY

Subj:  FY-01 ACTIVE DUTY CAPTAIN JUDGE ADVOCATE GENERAL'S
       CORPS SPECIAL SELECTION BOARD REQUEST ICO
       CDR BURTON J. WALTMAN, JAGC, USN

1.  DCNO(MPT&E) recommends the release of the board members,
recorder, and assistant recorders assigned to the FY-01
Active Duty Captain Judge Advocate General's Corps Promotion
Selection Board from their oaths in order to conduct an IG
investigation into alleged inappropriate conduct by board
members.  This recommendation is legally unobjectionable.  I
recommend you approve that request by signing the memo from
DCNO(MPT&E) where indicated and by signing the individual
releases.

2.  CDR Waltman submitted a request for a special selection
board (SSB) in December 2002.  He alleges that the only
explanation for his non-selection is that the board acted
contrary to law by inappropriately considering matters
outside his record.  Through administrative error, the SSB
request was never forwarded for Secretarial action.
Ordinarily, such an allegation should not be sufficient to
justify releasing members from their oaths and inquiring
into board proceedings.  This case is distinguishable in
that CDR Waltman submitted his request more than three and a
half years ago and never received a response.  Moreover, he
has filed suit in the U.S. District Court for D.C.,
requesting an SSB and other appropriate relief.

3.  Based on these circumstances, releasing the members,
recorder, and assistant recorders from their oaths is
legally unobjectionable and not inconsistent with policy.

                              B. E. MACDONALD
                              Rear Admiral, JAGC, U.S. Navy
                              Judge Advocate General
                              Acting



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:   Secretary of the Navy
To:     RADM John D. Hutson, JAGC, USN(Ret)

Subj:   LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:   Secretary of the Navy
To:     CAPT Joseph D. Scranton, JAGC, USN(Ret)

Subj:   LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029 / DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From: Secretary of the Navy
To:   CAPT Glenn N. Gonzalez, JAGC, USN(Ret)

Subj: LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:  Secretary of the Navy
To:    CAPT Frank L. Nuar, MC, USNR(Ret)

Subj:  LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:   (a) Precept Convening FY-01 Promotion Selection Board to
           Consider Officers in the Judge Advocate General's
           Corps on the Active-Duty List of the Navy for
           Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of these investigators by the time you receive this letter,
please contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:   Secretary of the Navy
To:     RADM Michael F. Lohr, JAGC, USN(Ret)

Subj:   LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
**WASHINGTON. D.C. 20350-1000**

JUN 3 0 2006

From:   Secretary of the Navy
To:     CAPT John P. Horsman, Jr., USN(Ret)

Subj:   LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

                                   DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:   Secretary of the Navy
To:     RDML Jane G. Dalton, JAGC, USN (Ret)

Subj:   LIMITED RELEASE FROM OATH AS PROMOTION BOARD MEMBER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
member.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



THE SECRETARY OF THE NAVY
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:  Secretary of the Navy
To:    CAPT Henry R. Molinengo, II, JAGC, USN

Subj:  LIMITED RELEASE FROM OATH AS RECORDER

Ref:   (a) Precept Convening FY-01 Promotion Selection Board to
           Consider Officers in the Judge Advocate General's
           Corps on the Active-Duty List of the Navy for
           Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as a selection board
recorder.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029 / DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:   Secretary of the Navy
To:     CAPT Kirk A. Foster, JAGC, USN

Subj:   LIMITED RELEASE FROM OATH AS ASSISTANT RECORDER

Ref:    (a) Precept Convening FY-01 Promotion Selection Board to
            Consider Officers in the Judge Advocate General's
            Corps on the Active-Duty List of the Navy for
            Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as an assistant
recorder.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029/DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER



**THE SECRETARY OF THE NAVY**
WASHINGTON. D.C. 20350-1000

JUN 3 0 2006

From:  Secretary of the Navy
To:    CDR Tammy P. Tideswell, JAGC, USN

Subj:  LIMITED RELEASE FROM OATH AS ASSISTANT RECORDER

Ref:   (a) Precept Convening FY-01 Promotion Selection Board to
           Consider Officers in the Judge Advocate General's
           Corps on the Active-Duty List of the Navy for
           Promotion to the Permanent Grade of Captain

1.  In accordance with paragraph 3 of reference (a), you are
released from your oath of confidentiality as an assistant
recorder.  This release is for the limited purpose of providing
information needed for the determination of a Special Selection
Board request.

2.  You may only discuss or make a written statement on these
matters with Ms. Pat Klink, Ms. Janel Thompson, or YNCM Carl
Testa, investigators with the Bureau of Naval Personnel
Inspector General Office.  If you have not been contacted by one
of the investigators by the time you receive this letter, please
contact Ms. Klink at 901-874-3029 / DSN 882 or
patricia.klink@navy.mil.

DONALD C. WINTER