IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BURTON J. WALTMAN<br>Commander, JAG Corps, U.S. Navy (Ret.)<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. WINTER,<br>Secretary of the Navy,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-00844 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF SANDRA TAYLOR

Pursuant to 28 U.S.C. § 1746, I, Sandra Taylor, declare as follows:

1. I am a civilian employee (pay grade GS-14) of the Department of the Navy, and currently serve as the Inspector General for the Bureau of Naval Personnel ("BUPERS IG"), 5720 Integrity Drive, Millington, Tennessee. I have served in this capacity since August 2004.

2. As the BUPERS IG, I serve as the principal advisor to the Chief of Naval Personnel for inspection and investigation matters, including the investigation of potential or alleged misconduct in promotion selection boards. I am familiar with the allegations raised by Commander Burton J. Waltman, Judge Advocate General's Corps, U.S. Navy (retired) regarding potential misconduct in the Fiscal Year 2001 Active Duty Captain (Judge Advocate General's Corps) Selection Board.

1

3. A BUPERS IG investigation regarding Commander Waltman's allegations commenced on or about July 5, 2006, after the Secretary of the Navy released the promotion board members, the recorder, and the assistant recorders from their oaths of confidentiality. Ms. Pat Klink, an investigator in my office, is assigned to conduct this investigation. The investigation to date has involved interviews – in some instances, multiple interviews – with the board members, the recorder, the assistant recorders, Commander Waltman, and other current and former Navy personnel. The investigation is ongoing, and will require several follow-up interviews before a written report can be completed. Based on my experience in these matters, I estimate that this written report will be completed during the month of September 2006.

4. Once my office has completed the investigation, the written report will be forwarded to the Secretary of the Navy for decision, via the uniformed chain of command, including the Chief of Naval Personnel.

Further declarant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed at Millington, Tennessee, this _31st_ day of August, 2006.

_Sandra Taylor_
Sandra Taylor