IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BURTON J. WALTMAN** ) | |
| Commander, JAG Corps, U.S. Navy (Ret.) ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-00844 (ESH) |
| ) | |
| **DONALD C. WINTER,** ) | |
| Secretary of the Navy ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### NOTICE TO COURT

COMES NOW Defendant, through undersigned counsel, to respectfully notify the Court that defendant indicated in it's Motion to Voluntarily Remand to Agency that Plaintiff opposed the relief requested therein. Plaintiff, through counsel, has since indicated that he does not oppose the voluntary remand requested.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

                                            _____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

Case 1:06-cv-00844-ESH    Document 5    Filed 09/13/2006    Page 2 of 3

Case 1:06-cv-00844-ESH     Document 5     Filed 09/13/2006     Page 3 of 3